### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| **v.** | : | **Crim. No. 10-150** |
| | : | |
| KELLY GLOVER | : | |
| | : | |

## O R D E R

**AND NOW**, this 4th day of October, 2016, upon consideration of Defendant's Motion to Quash Counts Two and Three of the Indictment (Doc. No. 161), Defendant's Amended Motion (Doc. No. 163), and the Government's Response (Doc. No. 164), it is hereby **ORDERED** that Defendant's Motions (Doc. Nos. 161, 163) are **DENIED as moot** in light of the Government's decision to seek a Superseding Indictment.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.